**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| MARIO POLLOCK, | : | No. 22 MM 2016 |
| Petitioner | : | |
| v. | : | |
| HON. WALLANCE H. BATEMAN, JR., | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of April, 2016, the Application for Leave to File Original Process is **GRANTED**, the Petition for Review in the Nature of a Complaint in Mandamus is **DENIED**, and the Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.